Colonial Tr. & Sav. Bk. v. Sandoval Zinc Co., 209 Ill. App. 532.

## Abstract of the Decision.

CARRIERS, § 476*—*when evidence supports verdict for plaintiff in action for injuries received in alighting from car.* In an action against a street railway company to recover for injuries received by a passenger in alighting from the car, evidence examined and, though conflicting, *held* to be sufficient to support a verdict for plaintiff.

## Colonial Trust & Savings Bank, Appellee, v. Sandoval Zinc Company, Appellant.

### Gen. No. 23,538.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon, HARRY P. DOLAN, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed March 5, 1918.

## Statement of the Case.

Action by Colonial Trust & Savings Bank, a corporation, plaintiff, against Sandoval Zinc Company, a corporation, defendant, to recover on a promissory note. From a judgment for plaintiff for $850, defendant appeals.

CUNNINGHAM & OSWALD and LOUIS C. GIBSON, for appellant.

UNDERWOOD & SMYSER, for appellee; CHARLES R. YOUNG, of counsel.

MR. JUSTICE MCSURELY delivered the opinion of the court.

## Abstract of the Decision.

APPEAL AND ERROR, § 1752*—*when judgment will be affirmed.* On an appeal, where the abstract fails to inform the court of the matters relied on for a reversal, the judgment will be considered as finding support in the record and will not be disturbed.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.